IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEKO CURTIS<br><br>    Plaintiff,<br><br>v.<br><br>AMSHER COLLECTION<br>    SERVICES, INC.<br><br>    Defendant. | Civil Action File No.:<br>1:17-cv-00197-SCJ-LTW |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Neko Curtis, through her undersigned counsel, hereby dismisses this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 13th day of March, 2017,

                                                   **BERRY & ASSOCIATES**

                                                   */s/ Adam Klein*
                                                   Adam Klein
                                                   Georgia Bar No.: 425032
                                                   AKlein@mattberry.com
                                                   2751 Buford Highway, Suite 600
                                                   Atlanta, GA 30324
                                                   Ph.   770-766-1230
                                                   Fax   678-383-2598

                                                   *Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on the parties listed below via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Amsher Collection Services, Inc.
c/o Wendi E. Fassbender, Esq.
Sessions, Fishman, Nathan & Israel
14 Coopers Glen Drive, SW
Mableton, GA 30126

**BERRY & ASSOCIATES**

*/s/ Adam Klein*
Adam Klein
Georgia Bar No.: 425032
AKlein@mattberry.com

*Plaintiff's Attorney*